## ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Edens Construction Co., Inc. | ) ASBCA No. 59517 |
| | ) |
| Under Contract No. W912EP-13-C-0005 | ) |

APPEARANCE FOR THE APPELLANT:    Michael H. Payne, Esq.
    Cohen Seglias Pallas Greenhall
    & Furman, PC
    Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Carolyn J. Fox, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Jacksonville

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 15 October 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59517, Appeal of Edens Construction Co., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals